**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAOYING GUO,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security, and ROBERT S. MUELLER, Director of Federal Bureau of Investigation,<br><br>    Defendants.<br>                                                                 / | No. C 08-03320 WHA<br><br>**ORDER CONTINUING HEARING ON DEFENDANTS' MOTION TO DISMISS AND DENYING STIPULATION TO VACATE CASE MANAGEMENT CONFERENCE** |

The Court **CONTINUES** the hearing on defendants' motion to dismiss to **NOVEMBER 20, 2008, AT 8:00 A.M.** The briefing schedule shall remain the same. In addition, the case management conference shall take place immediately thereafter. Please file a case management statement no later than seven days prior.

**IT IS SO ORDERED.**

Dated: October 13, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE