1  JUSTIN X. WANG (CSB #166183)
   **BAUGHMAN & WANG**
2  111 Pine Street, Suite 1350
   San Francisco, California 94111
3  Telephone: (415) 576-9923
   Facsimile: (415) 576-9929
4
   Attorney for Plaintiff
5
   BAOYING GUO
6
## UNITED STATES DISTRICT COURT
7
## NORTHERN DISTRICT OF CALIFORNIA
8

9  BAOYING GUO                                         ) Case No.: **C 08-03320 WHA**
                                                       )
10                                                     )
                      Plaintiff,                       )
11                                                     )
   *Michael Chertoff*, Secretary of the Department    )
12 of Homeland Security;                               ) **STIPULATION OF DISMISSAL;**
   Robert S. Mueller, Director of Federal Bureau      ) **AND [PROPOSED] ORDER**
13 of Investigation.                                   )
                      Defendants.                      )
14 _____                 )

15      Plaintiff, by and through her attorney of record, and Defendants, by the through their attorneys of

16 record, hereby stipulate, subject to the approval of the Court, to dismissal without prejudice based on the

17 representation by the defendants that the plaintiff's N400 application has been adjudicated.

18      Each of the parties shall pay their own costs and fees.

19

20
   Dated:  October 22, 2008                              Respectfully submitted,
21
22
23                                                       JUSTIN X. WANG
                                                         Attorney for Plaintiff
24

---

Case No.: C 08-3320 WHA
Stipulation of Dismissal                    F:\LING MIAO\Mandamus\N400 delay\GUO Baoying\STIPULATION OF DISMISSAL.wpd

|     |     |
| --- | --- |
| 1   |     |
| 2   | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| 3   |     |

Dated: October 22, 2008

MELANIE L. PROCTOR
Assistant U.S. Attorney
Attorney for Defendants

## ORDER

Pursuant to the stipulation, IT IS SO ORDERED. All pending motions, deadlines, and hearing are hereby VACATED. The Clerk shall close the file.

DATED: October 24, 2008

WILLIAM ALSUP
United States District Judge

*IT IS SO ORDERED — Judge William Alsup*